UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID BRENT PELTIER,<br>Plaintiff | CIVIL ACTION NO. 1:18-CV-01126 |
| VERSUS | JUDGE DRELL |
| ANDREW SAUL,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED, and that Peltier's appeal is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers in Alexandria, Louisiana on this 7th day of October, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT